**Joseph J. HICKS, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 104685

Missouri Court of Appeals,
Eastern District,
DIVISION THREE.

Filed: April 25, 2017

Amy E. Lowe, St. Louis, MO, for Appellant.

Joshua D. Hawley, Attorney General, Shaun J. Mackelprang, Asst. Attorney General, Jefferson City, MO, Respondent.

Before Angela T. Quigless, P.J. and Robert G. Dowd, Jr. and Lisa Van Amburg, JJ.

## ORDER

### PER CURIAM.

Joseph Hicks appeals from the judgment denying his Rule 29.15 motion without an evidentiary hearing. The motion court did not clearly err. We affirm.

An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).